Milo GILKISON, Appellant
(Defendant below),

v.

The STATE of Wyoming, Appellee
(Plaintiff below).

No. 3253.

Supreme Court of Wyoming.

Dec. 17, 1964.

Jack Wolfe, Sheridan, for appellant.

John F. Raper, Atty. Gen., Dean W. Borthwick, Deputy Atty. Gen., Dean W. Clark, Asst. Atty. Gen., Cheyenne, R. E. Holstedt, County and Pros. Atty., Sheridan, for appellee.

Before PARKER, C. J., and HARNSBERGER, GRAY and McINTYRE, JJ.

PER CURIAM.

The judgment is affirmed by an equally divided court.